# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE DALTON, *individually and on behalf of all others similarly situated*, | Case No. 24-CV-3886 (NEB/ECW) |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| SHEALA LLC, *doing business as Leela and Lavender*, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on December 16, 2024 (ECF No. 15), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and without costs or fees to any party.

Dated: December 17, 2024

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge